MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: janaki.gandhi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> FERNANDO ALBERTO GUZMAN ESQUIVEL, <br>     Defendant. | No. CR 13-0330 JST <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

On June 21, 2013, the parties in this case appeared before the Court. At that time, the Court set the matter to August 9, 2013. The parties have agreed to exclude the period of time between June 21, 2013 and August 9, 2013 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel, in light of the fact of that defense counsel is in the process of reviewing discovery in the matter. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0330 JST

At the hearing, the Court made findings consistent with this agreement. SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: June 21, 2013                   _____/s/_____
                                      JANAKI GANDHI
                                      Special Assistant United States Attorney

DATED: June 21, 2013                   _____/s/_____
                                      JODI LINKER
                                      Attorney for Defendant
                                      Fernando Alberto Guzman Esquivel

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

For the reasons stated above and at the June 21, 2013 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 21, 2013, and August 9, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 25, 2013

_____
THE HONORABLE JON S. TIGAR
United States District Judge