MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    Fax: (415) 436-7234
    Email: janaki.gandhi@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0330 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |
| v. | Date: October 11, 2013 |
| FERNANDO ALBERTO GUZMAN ESQUIVEL, | Time: 9:30 a.m. |
| | Court: Honorable Jon S. Tigar |
| Defendant. | |

    The United States, by and through the undersigned counsel, and Defendant Fernando Alberto Guzman Esquivel, by and through counsel Jodi Linker, hereby file this joint stipulation and proposed order continuing the defendant's sentencing hearing to October 25, 2013, at 9:30 a.m.

    On October 8, 2013, the Court indicated to the parties that the calendar for October 11, 2013, would be moved to the Oakland Courthouse. While the parties remain generally available to the Court, the possibility of a BART strike is of concern to the parties. In the event such a strike occurs, the parties would not have a readily available means of traveling from San Francisco to Oakland. After expressing

STIP. & [PROPOSED] ORDER CR 13-0330 JST

1

this concern to the Court, the Court informed the parties that it is available on October 25, 2013, at 9:30 a.m., in San Francisco.

As a result, the parties stipulate to continuing the sentencing hearing to October 25, 2013. The government has confirmed that the Probation Officer is also available for sentencing on October 25, 2013, at 9:30 a.m.

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: October 10, 2013                  _____/s/_____
                                        JANAKI GANDHI
                                        Special Assistant United States Attorney

DATED: October 10, 2013                  _____/s/_____
                                        JODI LINKER
                                        Attorney for Defendant Fernando Alberto Guzman Esquivel

STIP. & [PROPOSED] ORDER CR 13-0330 JST

# [PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued to October 25, 2013, at 9:30 a.m., in San Francisco.

IT IS SO ORDERED.

DATED: October 10, 2013

_____
THE HONORABLE JON S. TIGAR
United States District Judge

STIP. & [PROPOSED] ORDER CR 13-0330 JST